Civil Action No. 4:26-cv-00868-O

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ZACHARY BURNS
was received by me on (*date*) July 21, 2026.

☐ I personally served the summons on the individual at (*place*) ______________________ on (*date*) ______________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ______________________, a person of suitable age and discretion who resides there, on (*date*) ______________, and mailed a copy to the individual's last known address; or

☑ I served the summons on (*name of individual*) MICHAEL WELLS, TRMC CITY SECRETARY, CITY OF BEDFORD, TEXAS, who is designated by law to accept service of process on behalf of (*name of organization*) ZACHARY BURNS, CODE ENFORCEMENT OFFICIAL, CITY OF BEDFORD, TEXAS 2000 FOREST RIDGE DRIVE, BEDFORD, TEXAS 76021 on (*date*) JULY 21, 2026 @ 10:15 AM; or

☐ I returned the summons unexecuted because ______________________; or

☐ other (*specify*) ______________________

My fees are $ ——— for travel and $ ——— for services, for a total of $ ———.

I declare under penalty of perjury that this information is true.

Date: July 21, 2026

[signature]
Server's signature

DAVID MOORE, PSC-17184, EX. 10/31/2027
Printed name and title

301 COMMERCE ST., STE 240, FORT WORTH, TEXAS 76102
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Salter<br>*Plaintiff*<br>v.<br><br>The City of Bedford, Texas et al<br>*Defendant* | ) | Civil Action No. 4:26-cv-00868-O |

## Summons in a Civil Action

**TO:** Zachary Burns, individually

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Solomon Norred
515 E Border St
Arlington , TX 76010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 07/16/2026

*Signature of Clerk or Deputy Clerk*