AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Salter<br>*Plaintiff*<br>v.<br>The City of Bedford, Texas et al<br>*Defendant* | ) | Civil Action No. 4:26-cv-00868-O |

## Summons in a Civil Action

**TO:** Enrique Alvarez, individually

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Solomon Norred
515 E Border St
Arlington , TX 76010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

DATE: 07/16/2026

Case 4:26-cv-00868-O Document 4 Filed 07/16/26 Page 2 of 12 PageID 46



Civil Action No. 4:26-cv-00868-O

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) Enrique Alvarez
was received by me on (*date*) 8-14-26 .

☐ I personally served the summons on the individual at (*place*) Enrique Alvarez at 100 Fort Worth Trail, Ft. Worth on (*date*) 8-19-26 ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ______________, a person of suitable age and discretion who resides there, on (*date*) ______________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________, who is designated by law to accept service of process on behalf of (*name of organization*) ______________ on (*date*) ______________ ; or

☐ I returned the summons unexecuted because ______________ ; or

☐ other (*specify*) ______________

My fees are $ — for travel and $ — for services, for a total of $ —

I declare under penalty of perjury that this information is true.

Date: 8-19-26

[signature]
Server's signature

David Barberena PSC11234 ex 12-31-26
Printed name and title

301 Commerce Street, Ft. Worth TX 76102
Server's address

Additional information regarding attempted service, etc: