**STATE OF TEXAS** §
**CITY OF BEDFORD** §
**TARRANT COUNTY** §

**TEXAS CODE OF CRIMINAL PROCEDURE 18.05**
**ADMINISTRATIVE SEARCH WARRANT**

**THE STATE OF TEXAS,** to any Fire Marshal, Health Officer, or Code Enforcement Official of the City of Bedford, Tarrant County Texas, who has responsibility for the inspection of any specified premises to determine the presence of a fire or health hazard or unsafe building condition or a violation of any fire, health, or building regulation, statute, or ordinance in the territorial limits of the City of Bedford, Texas:

**GREETINGS:**

**WHEREAS,** the Affiant whose signature is affixed to the Affidavit supporting the issuance of this warrant is a Code Enforcement Official under the laws of the State of Texas and did this day subscribe and swear to said Affidavit before me, which Affidavit is attached hereto and incorporated herein by reference for all purposes; and

**WHEREAS,** C.C.P. Art. 18.05(c) does not limit review to specific knowledge and permits review of all of the following factors when determining probable cause: (1) the age and general condition of the premises; (2) previous violations or hazards found present in the premises; (3) the type of premises; (4) the purposes for which the premises are used; and (5) the presence of hazards or violations in and the general condition of premises near the premises sought to be inspected.

**WHEREAS,** I find that the verified facts stated by the Affiant in said Affidavit show that Affiant has probable cause to believe that a fire or health hazard or violation or unsafe building condition is present in the premises sought to be inspected, and therefore, the Affidavit has established the existence of proper grounds for the issuance of this warrant pursuant to Article 18.05 C.C.P.

**NOW, THEREFORE,** you are hereby commanded to enter upon and search the suspected premises interior, front, side, and rear yard described in said affidavit and to there determine the presence of fire or health hazards, unsafe building conditions or violations of any fire, health, or building regulation, statute, or ordinance of the city of Bedford or the State of Texas, and in particular, to determine the presence of: trash and debris, in violation of said regulation, statute, or ordinance.

Herein fail not, but have you then and there execute this warrant within three (3) days, exclusive of the day of issuance and exclusive of the day of execution, with your return showing how you executed same.

**ISSUED AT** 11:19 o'clock A. M. on this the 17 day of July, 2024 to certify which witness my hand this day.

[signature]
JUDGE, CITY OF BEDFORD MUNICIPAL COURT

MUNICIPAL COURT CITY OF BEDFORD, TEXAS

**OFFICER'S RETURN**

Came to hand the 17 day of July, 2024, at 11:20 o'clock a.m. and executed on the 17 day of July, 2024, at 11:30 o'clock a.m. by making the inspection directed therein, proceeding with the inspection, photographing of the residence and grounds, and attaching a report of the results and findings.

[signature]
Code Enforcement Official

**THE STATE OF TEXAS**
**COUNTY OF TARRANT**
**CITY OF BEDFORD**

My name is Zachary Burns, and I am a Code Enforcement Official for the City of Bedford, Texas. Being sworn in on oath, I make the following statements and accusations:

1. There is in the City of Bedford, Tarrant County, Texas a suspected place and property exterior located **OAK VIEW HILLS Block 6 Lot 9 to the City of Bedford, 3032 White Oak Ln, Bedford, Tarrant County, Texas,** and described as follows: a 0.1767 - acre residential lot containing an approximately 1,322 square foot one story single family structure, The owner of record of said property is Robyn F Salter.

2. It is the belief of your Affiant, and Affiant hereby charges and accuses that the owner/occupant/person(s) under care/control of the property may be in violation of the law of State of Texas and the Ordinances of the City of Bedford and described as follows:

**Sec. 22-11. – Application Filing Required.**

(a)

Any owner or authorized agent who intends to construct on a property or enlarge, alter, repair, move, demolish, or change the structure or occupancy of a building on a property, or to erect, install, enlarge, alter, repair, remove, convert, or replace any electrical, mechanical gas or plumbing system, or cause any such work to be done regulated by Chapter 22, "Building and Building Regulations," shall first make application to the building official and obtain the required permit.

3. Your Affiant, Zachary Burns, is a Code Enforcement Official, registered with the Texas Department of License and Regulation, currently working for the City of Bedford. Your Affiant has 6 years' experience as a Code Enforcement Official. I have personal knowledge of the facts stated herein and they are all true and correct. Affiant has probable cause to believe that a fire or health hazard or violation or unsafe building condition or nuisance is present upon said premises, to wit:

   Affiant observed work being performed with no permits on the property, with visible studs observed in the garage of the property. Contact was made with the contractor for the work and was denied access to the property to verify the work being performed. Audible construction was in progress, as well as confirmed by contractor.

   Your Affiant requests this warrant for the purpose of granting access to the premises interior, front, side, and rear yard in order to conduct an inspection on the amount of work performed, and current state of property and/or other possible ordinance violations, along with members of Bedford's Code Compliance personnel, contractors, and necessary police support personnel to access to the property's front, side and backyard for the purposes of investigating and abating the above-mentioned alleged violations.

4. Affiant will execute this Warrant between the hours of 8:00 A.M. and 5:00 P.M. during the next three days, exclusive of the day of issuance and the day of execution.

[signature]
AFFIANT

BEFORE ME, the undersigned authority on this day personally appeared the Affiant herein, who, being sworn by me, duly stated that the statements contained herein are true and correct to the best of his/her knowledge

SUBSCRIBED AND SWORN TO before me by said Affiant on this the 17th day of July, 2024

AUDREY THORNE
Notary Public, State of Texas
Comm. Expires 01-07-2025
Notary ID 10337389

NOTARY, CITY OF BEDFORD

1007 /

DATE: 1/9/2025
AMOUNT DUE: $2,081.00

Building Or Repair Without Permit

THE STATE OF TEXAS
COUNTY OF TARRANT
CITY OF BEDFORD

# The State of Texas

VS.

Robyn Frances Salter

COMPLAINT

CAUSE NO.

C4082024020 1

IN THE MUNICIPAL COURT OF THE CITY OF BEDFORD, TEXAS

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

I, THE UNDERSIGNED AFFIANT , DO SOLEMNLY SWEAR THAT I HAVE GOOD REASON TO BELIEVE AND DO BELIEVE THAT ONE Salter , Robyn Frances

ON OR ABOUT THE 22nd DAY OF November 2024 ,AND BEFORE THE MAKING AND FILING OF THIS COMPLAINT, WITHIN THE TERRITORIAL LIMITS OF THE CITY OF BEDFORD, IN TARRANT COUNTY, TEXAS.

TO WIT, THE PROPERTY LOCATED AT 3032 White Oak Lane, DID THEN AND THERE AS THE OWNER OF SAID PROPERTY, OR THE OWNER'S AGENT, CONSTRUCT OR ENLARGE, ALTER, REPAIR, MOVE, DEMOLISH, OR CHANGE A STRUCTURE OR OCCUPANCY OF A BUILDING ON SAID PROPERTY, OR CAUSE ANY SUCH WORK TO BE DONE REGULATED BY BEDFORD CODE OF ORDINANCES CHAPTER 22, 'BUILDING AND BUILDING REGULATIONS', WITHOUT FIRST OBTAINING THE REQUIRED PERMIT TO PERFORM SUCH WORK, IN VIOLATION OF BEDFORD CODE ORDINANCES SECTION 22-11 CONTRARY TO THE SAID ORDINANCE, AND

MY BELIEF OF THE FOREGOING IS BASED UPON MY PERSONAL INVESTIGATION AND OBSERVATIONS AS WOODALL, J., AN OFFICER FOR THE CITY OF BEDFORD, TARRANT COUNTY, TEXAS, WHO PERSONALLY OBSERVED THE OFFENSE

AGAINST THE PEACE AND DIGNITY OF THE STATE.

MUNICIPAL COURT CITY OF BEDFORD, TEXAS

[signature] AFFIANT

SWORN TO AND SUBSCRIBED BEFORE ME THIS 7th DAY OF January ,20 26

[signature: Anna Escarsega]
DEPUTY COURT CLERK

## JUDGMENT

ON THIS, THE 13 DAY OF May , 20 26, A
THE REQUIRED TIME OF THIS COURT, CAME THE DESCRIBED C
TO BE HEARD, AND THE DEFENDANT (WITH) (WITHOUT) (THRO
COUNSEL.

✓ HAVING BEEN INFORMED OF HIS RIGHT TO A JURY T ENTERED HIS APPEARANCE AND WAIVED SAID RIGH A JURY TRIAL BY PLEADING (GUILTY) (NOLOCONTEND IN OPEN COURT:

____ WAS PRESENT IN COURT AND ANNOUNCED READY TRIAL. WAIVED A JURY AND ENTERED A PLEA OF GUILTY IN OPEN COURT.

AND AFTER HEARING THE EVIDENCE AND ARGUMENT, AND A DUE CONSIDERATION OF THE SAME. THIS COURT FINDS DEFENDANT (NOT GUILTY) (GUILTY.) OF THE OFFENSE CHAR IN THE COMPLAINT IN THIS CAUSE.

IT IS THEREFORE ORDERED AND ADJUDGED BY THE CO THAT THE STATE OF TEXAS FOR THE USE AND BENEFIT OF CITY OF BEDFORD, TEXAS, DO HAVE AND RECOVER OF DEFENDANT THE SUM OF $________, THE FINE ASSES AND ALL COSTS IN THE CASE INCURRED. SAID FINE AND C ARE TO BE PAID

____ IMMEDIATELY.

____ COMMUNITY SERVICE ________

____ ON OR BEFORE ________,20__

____ TEEN COURT ________,20__

____ ON OR BEFORE ____,20___, UNLESS DEFEN SHALL COMPLETE DRIVERS SAFETY COURSE ON BEFORE AFORESAID DATE.

✓ SEE ORDER ON REVERSE SIDE.

IT IS THEREFORE ORDERED AND ADJUDGED BY THE COURT THE DEFENDANT IN DEFAULT OF PAYMENT BE COMMITTED TO REMAIN IN THE CUSTODY OF THE CHIEF OF POLICE OF THE OF BEDFORD, TEXAS, UNTIL SAID FINE AND COST SHALL HAVE FULLY PAID OR OTHERWISE DISCHARGED BY LAW. IT IS FUR ORDERED AND ADJUDGED THAT EXECUTION ISSUE FOR AL SAID FINE AND COSTS.

[signature]
JUDGE, MUNICIPAL COURT, CITY OF BEDFORD, TEXA

ON THIS ____ DAY OF ________,20___
THE CASE IS ORDERED DISMISSED ON THE (STATE'S) (DEFENDANT'S) MOTION.

JUDGE, MUNICIPAL COURT, CITY OF BEDFORD, TEXA